**1188**

UNITED STATES of America, Appellee,

v.

Kenneth ARPAN, Appellant.

No. 87–5466SD.

United States Court of Appeals,
Eighth Circuit.

Feb. 24, 1989.

ORDER

Appellee's petition for rehearing en banc is granted. The opinion and judgment entered by this Court on November 21, 1988, 861 F.2d 1073, are vacated.